Charles E. Fowler et al., appellees, v. Hi-Lo Fan Corporation et al., defendants, on appeal of Hi-Lo Fan Corporation et al., appellants. Gen. No. 38,562.

Opinion filed February 9, 1937.

Henry Gifford Hardy and Whitman Taylor, for appellants. Louis P. Miller, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Central Fuel Corporation, appellant, v. Leslie W. Beaven, appellee. Gen. No. 38,915.

Opinion filed February 9, 1937.

Francis M. Lowes, for appellant. Brenner & McBride, for appellee; Thomas G. McBride, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Arthur S. Kahn and Company, appellant, v. Margaret L. Redmond and Richard A. Redmond, appellees. Gen. No. 38,940.

Opinion filed February 9, 1937.

Poppenhusen, Johnston, Thompson & Raymond, for appellant; Frederick Mayer, of counsel. No appearance for appellees.

Mr. Justice Friend delivered the opinion of the court.

Emily Magnuson, appellee, v. Della Jechort, appellant. Gen. No. 39,198.

Opinion filed February 9, 1937. Rehearing denied February 23, 1937.

Robert D. Melick, for appellant. Ivan Barton Goode, for appellee; George A. Gordon, of counsel.

Mr. Justice Friend delivered the opinion of the court.